# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Oswaldo Nieves | ) | |
| | ) | |
| Plaintiff | ) | Case No. 12 C 3267 |
| v. | ) | |
| | ) | Magistrate Judge Sheila Finnegan |
| Jesus Alcantar, et al. | ) | |
| Defendant(s) | ) | |

## **ORDER**

Pursuant to the stipulation of dismissal [105] filed by the parties, this case is hereby dismissed in its entirety without prejudice and with no award of attorneys' fees or costs to any party. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement. In the event a motion to enforce settlement is not filed on or before 6/15/2015, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Civil case terminated.

Date: April 15, 2014                                                                              Magistrate Judge Sheila Finnegan

(0:00)

Rev. 10/2013